B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
## District of Arizona

In re **DENNIS HANKERSON**
Debtor

Case No. **17-07424**
Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of _____ on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| COACH MOMENT, INC | 50% | 1 |
| SJ COUTURE, LLC | 50% | 2 |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

## THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date: 7/31/17

_____

Signature of Authorized Individual

_____

Name of Authorized Individual

_____

Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____

Signature of Debtor

_____

Signature of Joint Debtor

COACH MOMENT, INC    TAB 1

**Exhibit A**
**Valuation Estimate**

50%

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

QUICK BOOKS

COACH MOMENT, INC

Net Worth Summary
As of June 30, 2017

QUICKBOOKS

| Retained Earnings | $-1,282,202.08 |
| Capital Contribution | 99.22% |
| Opening Bal Equity | $-71,757.28 |
| Net Income | $-11,595.57 |
| Additional Paid-In Capital | 0.78 |
| Sub-Total | $-476,744.93 |



COACH MOMENT, INC

Net Worth Summary
As of December 31, 2016

| | |
|---|---|
| Retained Earnings | $-1,233,867.73 |
| Capital Contribution | 99.22% |
| Opening Bal Equity | $-71,757.28 |
| Net Income | $-48,334.35 |
| Additional Paid-In Capital | 0.78 |
| Sub-Total | $-471,274.41 |

QUICK BOOKS



COACH MOMENT, INC                    TAB 1

**Exhibit B**
**Financial Statements**

QUICK BOOKS

COACH MOMENT, INC          TAB 1

## Exhibit B-1
## Balance Sheet

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

QUICKBOOKS

# Coach Moment, Inc.
## Balance Sheet
### As of December 31, 2016

|  | Dec 31, 16 |
|---|---|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| Wells Fargo Bank | 4,424.45 |
| Wells Fargo Savings | 100.60 |
| **Total Checking/Savings** | 4,525.05 |
| **Total Current Assets** | 4,525.05 |
| **TOTAL ASSETS** | **4,525.05** |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Accounts Payable** |  |
| Accounts Payable | -600.00 |
| **Total Accounts Payable** | -600.00 |
| **Credit Cards** |  |
| American Express 2009 | 563.48 |
| ASU Credit Card | 33,247.27 |
| Bank of America, N.A. | 300,918.91 |
| Business Credit Line | 45,522.78 |
| Chase Business Ink 3978 | 22,536.65 |
| Citi Visa | 26,409.64 |
| Discover Card Cash | 13,702.12 |
| Wells Fargo Visa DH | 23,862.59 |
| Wells Fargo Visa JH | 9,636.02 |
| **Total Credit Cards** | 476,399.46 |
| **Total Current Liabilities** | 475,799.46 |
| **Total Liabilities** | 475,799.46 |
| **Equity** |  |
| Additional Paid-In Capital | 6,918.00 |
| Capital Contribution | 875,766.95 |
| Opening Bal Equity | -71,757.28 |
| Retained Earnings | -1,233,867.73 |
| Net Income | -48,334.35 |
| **Total Equity** | -471,274.41 |
| **TOTAL LIABILITIES & EQUITY** | **4,525.05** |

# Coach Moment, Inc.
## Balance Sheet
### As of June 30, 2017

|  | Jun 30, 17 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Wells Fargo Bank | 555.05 |
| Wells Fargo Savings | 0.60 |
| **Total Checking/Savings** | 555.65 |
| **Total Current Assets** | 555.65 |
| **TOTAL ASSETS** | **555.65** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | -4,645.31 |
| **Total Accounts Payable** | -4,645.31 |
| **Credit Cards** | |
| American Express 2009 | 21.58 |
| ASU Credit Card | 30,249.95 |
| Bank of America, N.A. | 301,070.78 |
| Business Credit Line | 46,899.77 |
| Chase Business Ink 3978 | 24,309.07 |
| Citi Visa | 26,002.76 |
| Discover Card Cash | 14,729.45 |
| Wells Fargo Visa DH | 27,458.55 |
| Wells Fargo Visa JH | 11,203.98 |
| **Total Credit Cards** | 481,945.89 |
| **Total Current Liabilities** | 477,300.58 |
| **Total Liabilities** | 477,300.58 |
| **Equity** | |
| Additional Paid-In Capital | 6,918.00 |
| Capital Contribution | 881,892.00 |
| Opening Bal Equity | -71,757.28 |
| Retained Earnings | -1,282,202.08 |
| Net Income | -11,595.57 |
| **Total Equity** | -476,744.93 |
| **TOTAL LIABILITIES & EQUITY** | **555.65** |

COACH MOMENT, INC          TAB 1

## Exhibit B-2
## Statement of Income (Loss)

[Provide a statement of income (loss) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the
           most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]          QUICK BOOKS

# Coach Moment, Inc.
## Profit & Loss
### January through December 2016

|  | Jan - Dec 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 32,226.93 |
| **Total Income** | 32,226.93 |
| **Gross Profit** | 32,226.93 |
| **Expense** | |
| Advertising | 3,555.00 |
| Automobile Expense | 11,153.45 |
| Bank Service Charges | 427.05 |
| Dues and Subscriptions | 2,360.70 |
| Insurance - Employee Group | 10,254.30 |
| **Interest Expense** | |
| Finance Charge | 31,875.27 |
| **Total Interest Expense** | 31,875.27 |
| Outside Services | 1,986.86 |
| Postage and Delivery | 52.40 |
| **Professional Fees** | |
| Legal Fees | 350.00 |
| **Total Professional Fees** | 350.00 |
| Rent | 7,800.00 |
| Repairs | 878.57 |
| Supplies | 460.01 |
| **Telephone** | |
| Internet | 1,047.89 |
| Telephone - Other | 4,109.19 |
| **Total Telephone** | 5,157.08 |
| **Travel & Ent** | |
| Entertainment | 198.21 |
| Meals | 2,012.85 |
| Travel | 599.53 |
| **Total Travel & Ent** | 2,810.59 |
| **Utilities** | |
| Gas and Electric | 1,085.82 |
| Water | 315.80 |
| Utilities - Other | 38.40 |
| **Total Utilities** | 1,440.02 |
| **Total Expense** | 80,561.30 |
| **Net Ordinary Income** | -48,334.37 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 0.02 |
| **Total Other Income** | 0.02 |
| **Net Other Income** | 0.02 |
| **Net Income** | -48,334.35 |

# Coach Moment, Inc.
# Profit & Loss
### January through June 2017

|  | Jan - Jun 17 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Sales | 12,901.68 |
| **Total Income** | 12,901.68 |
| **Gross Profit** | 12,901.68 |
| **Expense** |  |
| Advertising | 1,312.50 |
| Automobile Expense | 2,867.12 |
| Bank of America 8206 | 770.00 |
| Bank Service Charges | 381.24 |
| Dues and Subscriptions | 517.24 |
| Insurance | 561.50 |
| Insurance - Employee Group | 3,876.14 |
| **Interest Expense** |  |
| Finance Charge | 10,591.61 |
| **Total Interest Expense** | 10,591.61 |
| Outside Services | 309.75 |
| **Professional Fees** |  |
| Legal Fees | 90.00 |
| **Total Professional Fees** | 90.00 |
| Reconciliation Discrepancies | -3,444.69 |
| Rent | 3,000.00 |
| Repairs | 13.94 |
| Supplies | 230.62 |
| **Telephone** |  |
| Internet | 397.94 |
| Telephone - Other | 2,154.86 |
| **Total Telephone** | 2,552.80 |
| **Travel & Ent** |  |
| Entertainment | 172.59 |
| Meals | 400.44 |
| **Total Travel & Ent** | 573.03 |
| **Utilities** |  |
| Gas and Electric | 166.59 |
| Water | 108.66 |
| Utilities - Other | 19.20 |
| **Total Utilities** | 294.45 |
| **Total Expense** | 24,497.25 |
| **Net Ordinary Income** | -11,595.57 |
| **Net Income** | -11,595.57 |

COACH MOMENT, INC          TAB 1

### Exhibit B-3
### Statement of Cash Flows

[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the
        most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]   QUICK BOOKS

# Coach Moment, Inc.
## Statement of Cash Flows
### January through December 2016

|  | Jan - Dec 16 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | -48,334.35 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Accounts Payable | 227.64 |
| American Express 1008 | -19,435.69 |
| American Express 2009 | -681.00 |
| ASU Credit Card | 2,295.27 |
| Bank of America, N.A. | -1,072.87 |
| Business Credit Line | -427.22 |
| Chase Business Ink 3978 | -2,511.51 |
| Citi Visa | 26,409.64 |
| Discover Card Cash | 487.71 |
| Wells Fargo Visa DH | -2,794.39 |
| Wells Fargo Visa JH | -2,346.37 |
| **Net cash provided by Operating Activities** | -48,183.14 |
| **FINANCING ACTIVITIES** |  |
| Capital Contribution | 50,883.03 |
| **Net cash provided by Financing Activities** | 50,883.03 |
| **Net cash increase for period** | 2,699.89 |
| **Cash at beginning of period** | 1,825.16 |
| **Cash at end of period** | 4,525.05 |

# Coach Moment, Inc.
# Statement of Cash Flows
### January through June 2017

|  | Jan - Jun 17 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | -11,595.57 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Accounts Payable | -4,045.31 |
| American Express 2009 | -541.90 |
| ASU Credit Card | -2,997.32 |
| Bank of America, N.A. | 151.87 |
| Business Credit Line | 1,376.99 |
| Chase Business Ink 3978 | 1,772.42 |
| Citi Visa | -406.88 |
| Discover Card Cash | 1,027.33 |
| Wells Fargo Visa DH | 3,595.96 |
| Wells Fargo Visa JH | 1,567.96 |
| **Net cash provided by Operating Activities** | -10,094.45 |
| **FINANCING ACTIVITIES** |  |
| Capital Contribution | 6,125.05 |
| **Net cash provided by Financing Activities** | 6,125.05 |
| **Net cash increase for period** | -3,969.40 |
| **Cash at beginning of period** | 4,525.05 |
| **Cash at end of period** | 555.65 |

COACH MOMENT, INC          TAB 1

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit)**

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

QUICK BOOKS

EQUITY

JUNE 30, 2017       − 476,745

DECEMBER 31, 2016   − 471,274

COACH MOMENT, INC                    TABI

**Exhibit C**
**Description of Operations**

[Describe the nature and extent of the estate's interest in the entity.    50% OF STOCK

Describe the business conducted and intended to be conducted by the entity, focusing on the
entity's dominant business segment(s).  Indicate the source of this information.]

SELL ADVERTISING, CONSULTING

*SJ COUTURE, LLC*

TAB2

B26 (Official Form 26) (12/08) – Cont.                                                    3

**Exhibit A**
**Valuation Estimate**

*50%*

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]   *QUICK BOOKS*

SJ COUTURE, LLC

Net Worth Summary
As of June 30, 2017

| | |
|---|---|
| ■ Retained Earnings | $-320,260.41 |
| ▨ Capital Contribution | 99.65% |
| ▥ Net Income | $-6,480.21 |
| ▨ Opening Bal Equity | 0.35 |
| Sub-Total | $-41,052.18 |

QUICK BOOKS



SJ COUTURE, LLC

Net Worth Summary
As of December 31, 2016

QUICK BOOKS

| | |
|---|---|
| ■Retained Earnings | $-303,904.49 |
| ▨Capital Contribution | 99.64% |
| ▦Net Income | $-16,355.92 |
| ▤Opening Bal Equity | 0.36 |
| Sub-Total | $-38,797.06 |



*JJ COUTURE, LLC*

*TAB 2*

**Exhibit B**
**Financial Statements**

*QUICK BOOKS*

_SJ Couture, LLC_          _TAB 2_

B26 (Official Form 26) (12/08) – Cont.

## Exhibit B-1
## Balance Sheet

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

_Quick Books_

# SJ Couture, LLC
## Balance Sheet
### As of December 31, 2016

|  | Dec 31, 16 |
|---|---|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| Wells Fargo Checking | 120.85 |
| Wells Fargo Savings | 0.05 |
| **Total Checking/Savings** | 120.90 |
| **Total Current Assets** | 120.90 |
| **TOTAL ASSETS** | 120.90 |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Accounts Payable** |  |
| Accounts Payable | -17.67 |
| **Total Accounts Payable** | -17.67 |
| **Credit Cards** |  |
| American Express | 4,566.16 |
| JH Wells Fargo Visa | 6,160.92 |
| Wells Fargo Credit Line | 23,707.37 |
| Wells Fargo Visa DH | 4,501.18 |
| **Total Credit Cards** | 38,935.63 |
| **Total Current Liabilities** | 38,917.96 |
| **Total Liabilities** | 38,917.96 |
| **Equity** |  |
| Capital Contribution | 280,463.35 |
| Opening Bal Equity | 1,000.00 |
| Retained Earnings | -303,904.49 |
| Net Income | -16,355.92 |
| **Total Equity** | -38,797.06 |
| **TOTAL LIABILITIES & EQUITY** | 120.90 |

# SJ Couture, LLC
## Balance Sheet
### As of June 30, 2017

|  | Jun 30, 17 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Wells Fargo Checking** | 8.89 |
| **Wells Fargo Savings** | -5.95 |
| **Total Checking/Savings** | 2.94 |
| **Total Current Assets** | 2.94 |
| **TOTAL ASSETS** | 2.94 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **Accounts Payable** | -892.67 |
| **Total Accounts Payable** | -892.67 |
| **Credit Cards** | |
| **American Express** | 4,696.43 |
| **JH Wells Fargo Visa** | 7,817.02 |
| **Wells Fargo Credit Line** | 24,512.00 |
| **Wells Fargo Visa DH** | 4,922.34 |
| **Total Credit Cards** | 41,947.79 |
| **Total Current Liabilities** | 41,055.12 |
| **Total Liabilities** | 41,055.12 |
| **Equity** | |
| **Capital Contribution** | 284,688.44 |
| **Opening Bal Equity** | 1,000.00 |
| **Retained Earnings** | -320,260.41 |
| **Net Income** | -6,480.21 |
| **Total Equity** | -41,052.18 |
| **TOTAL LIABILITIES & EQUITY** | 2.94 |

B26 (Official Form 26) (12/08) – Cont.

6

## Exhibit B-2
## Statement of Income (Loss)

[Provide a statement of income (loss) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the
           most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]    QUICK BOOKS

# SJ Couture, LLC
## Profit & Loss
### January through December 2016

|  | Jan - Dec 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 2,400.00 |
| Shipping and Handling | 25.35 |
| **Total Income** | 2,425.35 |
| **Cost of Goods Sold** | |
| Materials | 977.01 |
| Pattern Development | 600.00 |
| Production | 2,113.90 |
| Purchase Discounts | 650.00 |
| Shipping Goods | 212.74 |
| **Total COGS** | 4,553.65 |
| **Gross Profit** | -2,128.30 |
| **Expense** | |
| Advertising and Promotion | 4,960.03 |
| Automobile Expense | 501.31 |
| Bank Card Fee | 431.08 |
| Bank Service Charges | 105.44 |
| CC Renewal Fee | 275.00 |
| Dues and Subscriptions | 19.51 |
| Interest Expense | 4,474.82 |
| Licenses and Permits | 346.60 |
| **Office Expenses** | |
| Office Supplies | 83.32 |
| **Total Office Expenses** | 83.32 |
| Outside Services | 147.00 |
| **Professional Fees** | |
| Accounting | 1,872.00 |
| **Total Professional Fees** | 1,872.00 |
| **Telephone** | |
| Website | 332.13 |
| **Total Telephone** | 332.13 |
| **Travel** | |
| Airline | 40.00 |
| Ground Transportation | 143.01 |
| Meals | 496.39 |
| **Total Travel** | 679.40 |
| **Total Expense** | 14,227.64 |
| **Net Ordinary Income** | -16,355.94 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 0.02 |
| **Total Other Income** | 0.02 |
| **Net Other Income** | 0.02 |
| **Net Income** | -16,355.92 |

# SJ Couture, LLC
## Profit & Loss
### January through June 2017

|  | Jan - Jun 17 |
|---|---|
| **Ordinary Income/Expense** | |
| **Cost of Goods Sold** | |
| Materials | 142.57 |
| Production | 1,008.00 |
| **Total COGS** | 1,150.57 |
| **Gross Profit** | -1,150.57 |
| **Expense** | |
| Advertising and Promotion | 1,148.51 |
| Automobile Expense | 158.45 |
| Bank Card Fee | 30.00 |
| Bank Service Charges | 6.00 |
| Interest Expense | 2,136.55 |
| Meals and Entertainment | 221.83 |
| Medical | 712.82 |
| **Office Expenses** | |
| Office Supplies | 206.78 |
| Office Expenses - Other | 129.89 |
| **Total Office Expenses** | 336.67 |
| Reconciliation Discrepancies | 500.00 |
| Repairs | 8.60 |
| **Travel** | |
| Meals | 70.21 |
| **Total Travel** | 70.21 |
| **Total Expense** | 5,329.64 |
| **Net Ordinary Income** | -6,480.21 |
| **Net Income** | **-6,480.21** |

*SJ Couture, LLC* *TAB 2*

B26 (Official Form 26) (12/08) – Cont.

### Exhibit B-3
### Statement of Cash Flows

[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the
           most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]    *QUICK BOOKS*

Case 2:17-bk-07424-BMW   Doc 33   Filed 08/03/17   Entered 08/03/17 16:03:48   Desc
Main Document    Page 28 of 32

# SJ Couture, LLC
## Statement of Cash Flows
### January through December 2016

|  | Jan - Dec 16 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -16,355.92 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Accounts Payable | -340.24 |
| American Express | 4,566.16 |
| American Express Gold | -4,450.04 |
| JH Wells Fargo Visa | 237.26 |
| Wells Fargo Credit Line | -795.05 |
| Wells Fargo Visa DH | 4,501.18 |
| **Net cash provided by Operating Activities** | -12,636.65 |
| **FINANCING ACTIVITIES** | |
| Capital Contribution | 11,819.52 |
| **Net cash provided by Financing Activities** | 11,819.52 |
| **Net cash increase for period** | -817.13 |
| **Cash at beginning of period** | 938.03 |
| **Cash at end of period** | 120.90 |

B26 (Official Form 26) (12/08) – Cont.    9

## Exhibit C
## Description of Operations

[Describe the nature and extent of the estate's interest in the entity.    *50% PARTNER*

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.]

*DESIGN, PRODUCE, & SELL WEDDING DRESSES*

# SJ Couture, LLC
## Statement of Cash Flows
### January through June 2017

|  | Jan - Jun 17 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | -6,480.21 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Accounts Payable | -875.00 |
| American Express | 130.27 |
| JH Wells Fargo Visa | 1,656.10 |
| Wells Fargo Credit Line | 804.63 |
| Wells Fargo Visa DH | 421.16 |
| **Net cash provided by Operating Activities** | -4,343.05 |
| **FINANCING ACTIVITIES** |  |
| Capital Contribution | 4,225.09 |
| **Net cash provided by Financing Activities** | 4,225.09 |
| **Net cash increase for period** | -117.96 |
| **Cash at beginning of period** | 120.90 |
| **Cash at end of period** | 2.94 |

B26 (Official Form 26) (12/08) – Cont.                              8

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit)**

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

    (i) For the initial report:
           a. the period between the end of the preceding fiscal year and the end of the
              most recent six-month period of the current fiscal year; and
           b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

                                         EQUITY

JUNE 30, 2017                         − 41,052

DECEMBER 31, 2016                     − 38,797

QUICKBOOKS