# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: )

DENNIS LEE HANKERSON )

Debtor. )

CASE NO. 2:17-bk-07424-BMW

**INDIVIDUAL DEBTOR NOT ENGAGED IN BUSINESS MONTHLY REPORT**

MONTH OF: June

DATE PETITION FILED: 6/29/2017

TAX PAYER ID NO. : 8139

(Debtor's Social Securtiy #)    last 4 digits only

(Co-Debtor's Social Securtiy #)

Nature of Debtor's Business: _____

Nature of Co-Debtor's Business: _____

DATE DISCLOSURE STATEMENT FILED: _____ TO BE FILED _____ 10/27/2017

'ATE PLAN OF REORGANIZATION FILED: _____ TO BE FILED _____ 10/27/2017

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY REPORT AND THE
ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

RESPONSIBLE PARTY:

_____
ORIGINAL SIGNATURE OF DEBTOR

Dennis Hankerson
PRINTED NAME OF DEBTOR

8/2/2017
DATE

PREPARER:

_____
ORIGINAL SIGNATURE OF PREPARER

_____
PRINTED NAME OF PREPARER

_____
SIGNATURE OF CO-DEBTOR

_____
PRINTED NAME OF CO-DEBTOR

_____
DATE

_____
TITLE

_____
DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** Dennis Hankerson

PHONE NUMBER: 602-549-8977

ADDRESS: 4626 N 66th Street, Scottsdale, AZ 85251

## FILE REPORT ELECTRONICALLY WITH THE COURT

# CASH SUMMARY

| | Bank Accounts | | | | TOTAL |
|---|---|---|---|---|---|
| | Cash | Checking | Savings | | |
| | 248 | 46.24 # | | # | 294.24 |
| Balance at Beginning of Period | | | | | |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | | | | | |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Gifts (money) | | | | | |
| | | | | | |
| | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other  (attach list) | | | | | |
| | | | | | |
| **TOTAL RECEIPTS** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL DISBURSEMENTS** | | | | | * |
| **Balance at End of Month** | | | | | 294.24 |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements (from above) | |
| Plus:  Payroll deductions (from page 4) | |
| Plus:  Estate disbursements made by outside sources (payments from escrow; 2-party check; etc.) | |
| Less:  Transfers between debtor-in-possession bank accounts | |
| **Total Disbursements for Calculating Quarterly Fees** | |

Page 2

# CASE STATUS

## QUESTIONNAIRE

|  | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred during this reporting period? | | x |
| 2. Have you made any payments to an attorney or accountant this month? | | x |
| 3. Have any payments been made on prepetition liabilities during this reporting period? | | x |
| 4. Have any post-petition loans been received by the debtor(s) from any party? | | x |
| 5. Have any insurance policies or coverages expired? | | x |
| 6. Are any post-petition real estate taxes past due? | | x |
| 7. Have any pre-petition taxes been paid during this reporting period? | | x |
| 8. Do you expect any significant income changes within the next 90 days? | | x |
| 9. Are any U. S. Trustee quarterly fees delinquent? | | x |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

What progress has been made, during the reporting period, towards reorganinzing your estate ?

Page 3

# DISBURSEMENT DETAIL
## (INDIVIDUAL ACCOUNTS)

**Month:** June

**Account #**

**Bank Name** Wells Fargo

### Cash/Electronic Disbursements

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Total Cash/Electronic Disbursements |  |

### CHECKS ISSUED

| Check Number | Date | Payee | Purpose | Amount |
|--------------|------|-------|---------|--------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Total checks listed on this page |  |  |  |  |
| Total checks listed on continuation pages |  |  |  |  |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 0 |
|---|---|

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|------------------|----------|-----------|------|---------|---|--------------------|
| Debtor |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Co-Debtor |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  | Total Payroll Deductions - report on page 2 |  |  |  |

Page 4