# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. 2:17-bk-07424-BMW

DENNIS LEE HANKERSON ) **INDIVIDUAL DEBTOR NOT ENGAGED IN BUSINESS MONTHLY REPORT**

MONTH OF: July

DATE PETITION FILED: 6/29/2017

Debtor. ) TAX PAYER ID NO. : 8139
(Debtor's Social Securtiy #)  last 4 digits only

(Co-Debtor's Social Securtiy #)

Nature of Debtor's Business: _____
Nature of Co-Debtor's Business: _____

DATE DISCLOSURE STATEMENT FILED: _____ TO BE FILED   10/27/2017
DATE PLAN OF REORGANIZATION FILED: _____ TO BE FILED   10/27/2017

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

RESPONSIBLE PARTY: /s/ Hankerson

ORIGINAL SIGNATURE OF DEBTOR | SIGNATURE OF CO-DEBTOR

Dennis Hankerson
PRINTED NAME OF DEBTOR | PRINTED NAME OF CO-DEBTOR

8/2/2017
DATE | DATE

**PREPARER:**

ORIGINAL SIGNATURE OF PREPARER | TITLE

PRINTED NAME OF PREPARER | DATE

PERSON TO CONTACT REGARDING THIS REPORT: Dennis Hankerson
PHONE NUMBER: 602-549-8977
ADDRESS: 4626 N 66th Street, Scottsdale, AZ 85251

**FILE REPORT ELECTRONICALLY WITH THE COURT**

Case Number: 2:17-bk-07424-BMW

# CASH SUMMARY

| | Bank Accounts ||| | TOTAL |
| | Cash | Checking | Savings | | |
|---|---|---|---|---|---|
| | 84 | 427.47 # | # | | 511.47 |
| Balance at Beginning of Period | | | | | 196.83 |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | | | | | |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Gifts (money) | | | | | |
| SSA | | 1679 | | | 1679 |
| Transfers from Other DIP Accounts | | | | | |
| Other (attach list) | | | | | |
| State of Arizona Tax Refund | | 74 | | | 74 |
| TOTAL RECEIPTS | | | | | 1753 |

| TOTAL DISBURSEMENTS | | | | | 1522.36 * |
|---|---|---|---|---|---|
| Balance at End of Month | | | | | 427.47 |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name<br>Acct # | | | | |
| Name<br>Acct # | | | | |
| Name<br>Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements (from above) | 1,522.36 * |
| Plus: Payroll deductions (from page 4) | |
| Plus: Estate disbursements made by outside sources (payments from escrow; 2-party check; etc.) | |
| Less: Transfers between debtor-in-possession bank accounts | |
| Total Disbursements for Calculating Quarterly Fees | 1,522.36 |

Page 2

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred during this reporting period? | | x |
| 2. Have you made any payments to an attorney or accountant this month? | | x |
| 3. Have any payments been made on prepetition liabilities during this reporting period? | | x |
| 4. Have any post-petition loans been received by the debtor(s) from any party? | | x |
| 5. Have any insurance policies or coverages expired? | | x |
| 6. Are any post-petition real estate taxes past due? | | x |
| 7. Have any pre-petition taxes been paid during this reporting period? | | x |
| 8. Do you expect any significant income changes within the next 90 days? | | x |
| 9. Are any U. S. Trustee quarterly fees delinquent? | | x |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

What progress has been made, during the reporting period, towards reorganinzing your estate ?

Case Number: 2:17-bk-07424-BMW

# DISBURSEMENT DETAIL
(INDIVIDUAL ACCOUNTS)

Month: July
Account # 0856
Bank Name: Wells Fargo

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| 5-Jul | CVS | perscription | 3 |
| 10-Jul | Costco | food | 46 |
| 17-Jul | City of Scottsdale | utilities | 12.8 |
| 19-Jul | Blue Cross | Medical insurance | 248 |
| | | Total Cash/Electronic Disbursements | 309.8 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| bp | 7/19/2017 | Blue Cross | Medical Insurance | 590 |
| | 7/22/2017 | Costco | Food | 79.07 |
| 102 | 24-Jul | US Trustee | Quarterly fee | 325 |
| 103 | 26-Jul | Epcor Water | Utilities | 103.61 |
| | 7/28/2017 | Costco | Food | 114.88 |

| | |
|---|---|
| Total checks listed on this page | 1212.56 |
| Total checks listed on continuation pages | 0 |
| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 1522.36 |

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| Co-Debtor | | | | | | |
| | | | | | | |
| | | | Total Payroll Deductions - report on page 2 | | | |

Page 4

Case 2:17-bk-07424-BMW    Doc 37   Filed 08/24/17   Entered 08/24/17 16:40:32    Desc
Main Document    Page 4 of 4